UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRENT BATSON, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:25-CV-368-KAC-JEM |
| CITY OF ALCOA, TENNESSEE, et al., | ) |
| Defendants. | ) |

**O R D E R**

This case is before the Court pursuant to 28 U.S.C. § 636 and the Rules of this Court.

On January 12, 2026, defense counsel contacted the Court to request the scheduling of a discovery conference. In his email, defense counsel stated Plaintiffs had not provided initial disclosures or answered interrogatories and requests for production of documents. Defendants served the discovery requests on October 3, 2025. The Scheduling Order [Doc. 26] required service of initial disclosures on or before October 17, 2025.

On January 29, 2026, the undersigned held a discovery conference with the parties. During the conference, Plaintiffs' counsel stated he would serve Plaintiffs' initial disclosures by January 30, 2026, and he would serve discovery responses by February 6, 2026. Defense counsel raised no opposition to these deadlines.

Considering the parties agree to the proposed dates, Plaintiffs **SHALL** serve initial disclosures on Defendants on or before **January 30, 2026**. Plaintiffs **SHALL** serve responses to

Defendants' interrogatories and requests for production of documents on or before **February 6, 2026**.

      **IT IS SO ORDERED.**

                        ENTER:

                        _____
                        Jill E. McCook
                        United States Magistrate Judge